[No. 7,105.—Department No. 1.]

## CREDITORS *v.* WELCH.

CHANGE OF PLACE OF TRIAL—INSOLVENCY PROCEEDINGS—JURISDICTION.

APPEAL, by defendant, from an order refusing to change the place of trial, in the Superior Court of Butte County. HUNDLEY, J.

The case in the Court below was a proceeding commenced in the County Court of Butte County, by the creditors of W. H. Welch, to have him adjudged a bankrupt.

*J. C. Bull*, and *J. W. Armstrong*, for Appellants.

*Dunlap & Van Fleet*, for Respondents.

The COURT:

This is an appeal from an order denying a motion for a change of the place of trial. The evidence in respect to the residence of defendant was conflicting, and we are not authorized to reverse the finding of the Court below as to the fact.

Order affirmed.